UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NIKKIA HOLMES, o/b/o BRANDON HOLMES,
a minor,

                Plaintiff,

-against-

MICHAEL J. ASTRUE, Commissioner,
of Social Security,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/19/08

07 CIVIL 3984 (SAS)

**JUDGMENT**

      Defendant having moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and the said motions having come before the Honorable Shira A Scheindlin, United States District Judge, and the Court thereafter, on Mar.6, 2008 having rendered its Memorandum Opinion and Order granting defendant's motion for judgment on the pleadings and closing the case, it is,

      **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Memorandum Opinion and Order dated March 6, 2008, defendant's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           March 18, 2008

                                              J. MICHAEL McMAHON
                                                 Clerk of Court
                                BY:
                                                   Deputy Clerk

DOCKETED AS
A JUDGMENT
ON